IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| DAVID DAFNEY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO.  3:09-cv-0432-TMH |
| ) | WO |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #13) to the Recommendation of the Magistrate Judge filed on May 5, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #12) filed on April 19, 2010 is adopted;

3.  The petition for habeas corpus relief filed by David Dafney is DISMISSED with prejudice as time-barred.

DONE this the  3rd  day of June, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE